UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) Crim. Action No. 22-0325 (ABJ)<br>SALVATORE VASSALLO, )<br>)<br>Defendant. ) | |

## DUE PROCESS PROTECTIONS ACT ORDER

Pursuant to the Due Process Protections Act, the Court hereby **ORDERS** that all government counsel who have entered their appearances in this case or who do so in the future must review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in the dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, contempt proceedings or sanctions, and/or any other remedy that is just under the circumstances.

*/s/ Amy Berman Jackson*
AMY BERMAN JACKSON
United States District Judge

DATE: November 22, 2022

1