AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__United States of America__
Plaintiff

v.

__Salvatore Vassallo__
Defendant

Case No. 1-22-cr-00325

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Salvatore Vassallo__

Date: __11/22/22__

_____
Attorney's signature

__Ronald Ricci   CRR 82621__
Printed name and bar number

__116 Fuller St, Totowa, NJ 07512__
Address

__RRicci@RicciFavaLaw.com__
E-mail address

__973-837-1900__
Telephone number

__973-837-1915__
FAX number