Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 22-CR-325 |
| ) | |
| SALVATORE VASSALLO ) | |
| ) | **FILED** |
| ) | MAY 11 2023 |
| | Clerk, U S District & Bankruptcy Courts for the District of Columbia |

## WAIVER OF INDICTMENT

I, _____SALVATORE VASSALLO_____, the above-named defendant, who is accused of

    18 U.S.C. 231(a)(3); Obstruction of Law Enforcement during Civil Disorder
    18 U.S.C. 111(a)(1); Assaulting, Resisting, or Impeding Certain Officers
    18 U.S.C. 1752(a)(1); Entering and Remaining in a Restricted Building or Grounds
    18 U.S.C. 1752(a)(2); Disorderly and Disruptive Conduct in a Restricted Building or Grounds
    18 U.S.C. 1752(a)(4); Engaging in Physical Violence in a Restricted Building or Grounds
    40 U.S.C. 5104(e)(2)(D); Act of Disorderly Conduct in the Capitol Grounds or Buildings
    40 U.S.C. 5104(e)(2)(F); Act of Physical Violence in a Capitol Grounds or Buildings

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____May 11, 2023_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Sal Vassallo_
Defendant

_/s/_
Counsel for Defendant

Before: _/s/_   Date: 5/11/2023
Amy Berman Jackson
United States District Judge