CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 22-CR-325
)
SALVATORE VASSALLO )
)
)

**FILED**

**MAY 11 2023**

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: 5/11/2023
Amy Berman Jackson
United States District Judge