# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No.: 22-CR-00325-ABJ |
| **SALVATORE VASSALLO,** | |
| **Defendant.** | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the Government's unopposed motion to Continue Sentencing. Mr. Vassallo is set to be sentenced on August 16, 2023. The assigned AUSA, Barry Disney, remains in trial through at least early August. I was assigned the sentencing on Thursday, July 20, 2023, but unfortunately will be on leave on August 16, 2023. I have spoken with the Court's CRD and counsel for Mr. Vassalo, Mr. Ricci. If the Court were willing to continue this sentencing, Mr. Ricci and I would be available on the morning of August 18, 2023, or any time the week of September 19 through September 22, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant United States Attorney
DC Bar No. 470096
Detailed to:
U.S. Attorney's Office – Washington, D.C.
601 D Street NW
Washington, D.C. 20530
(619) 546-6735
Alexandra.Foster@usdoj.gov