UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**SALVATORE VASSALLO,**<br><br>**Defendant.** | Case No.: 22-CR-00325-ABJ<br><br>**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING** |

Upon application of the United States of America and good cause appearing therefore,

IT IS ORDERED that the sentencing for be continued from August 16, 2023, to _____.

DATED: _____.

_____
Honorable Amy Berman Jackson
United States District Judge

1