UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 222-CR-00325-ABJ |
| v. : | |
| : | |
| SALVATORE VASSALLO : | |
| : | |
| : | |
| **Defendant** : | |

NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Alexandra F. Foster is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES UNITED
STATES ATTORNEY DC Bar No.:
481052

*/s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant United States Attorney
Washington, D.C. Bar No. 470096
Detailed to:
U.S. Attorney's Office – Washington, D.C.
601 D Street NW
Washington, D.C. 20530
(619) 546-6735
Alexandra.Foster@usdoj.gov