UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: CASE NO.: 22-CR-00325
:
:
v. : (ABJ)
:
:
:
SALVATORE VASALLO :
:

## DEFENDANT SALVATORE VASALLO'S
## MEMORANDUM IN AID OF SENTENCING

Defendant Salvatore Vasallo ("Vasallo"), by and through his undersigned counsel respectfully submits this memorandum in aid of sentencing. For the reasons stated below, Mr. Vasallo requests this Honorable Court to sentence him to twenty months, a sentence below the Federal Sentencing guideline range of 24 to 30 months incarceration.

### FACTS

The Court is aware that on January 6, 2021, Mr. Vasallo forcibly assaulted a law enforcement officer while engaged in the performance of his official duties as Mr. Vasallo has acknowledged his guilt by way of a guilty plea. However, the Court is unaware of what led Mr. Vasallo to travel from New Jersey to Washington, D.C and violate the law on that day.

After the election results of November 2020, Mr. Vassallo was upset that President Donald Trump had lost the election. He watched news programs and read stories on the internet

1

that led him to believe that the election had been stolen from President Trump and that voting by mail and voting restrictions caused by COVID concerns allowed fraudulent votes to be calculated in favor of President Joseph Biden.

Mr. Vasallo then heard about a "Stop the Steal Rally" that was being held in Washington, D.C. Mr. Vasallo believes the date was November 14, 2020. Mr. Vasallo drove to Washington, D.C. and attended the rally. Mr. Vasallo recalls that politicians, conservatives and pastors spoke at the rally. Mr. Vasallo indicates that the rally was peaceful, and he thoroughly enjoyed the experience. He believes he was lawfully exercising his right to protest the Presidential election results on that date.

The second page of the Government's Statement of Facts attached to the Arrest Warrant and Complaint depicts a photograph of Mr. Vasallo with a group called the "Proud Boys." Mr. Vasallo believes that the Government will discuss this photograph at the time of his sentencing.

The Complaint indicates that the photograph was taken on January 1, 2021. However, Mr. Vasallo believes that photo was taken on November 14, 2020 at the "Stop the Steal Rally" discussed above.

On or before November 14, 2020, Mr. Vasallo thought the "Proud Boys" was a club that supported patriotism, pro-American and represented the average working man. Mr. Vasallo states that the group were akin to celebrities at the rally and he and numerous other people posed for pictures with the group. Vasallo believes the "Proud Boys" were providing security at the event for the speakers as well as giving speeches themselves. He did not witness any members of the "Proud Boys" commit any acts of violence on November 14, 2020. Mr. Vasallo does not know of any of the names of the people he is being photographed with on November 14, 2020

nor is he a member of the "Proud Boys" or ever been a member of the "Proud Boys." Personally, Mr. Vasallo does not know anyone who is a "Proud Boy" member, nor has he ever tried to become a member of the group. Mr. Vasallo does not utilize social media. As such, his knowledge of the "Proud Boys" as a possible white supremacy organization was learned from the news after the events of January 6, 2021. Mr. Vasallo clearly does not support any group which discriminates based on race, religion, or sexual orientation.

On January 5, 2021, Mr. Vasallo traveled to Washington, D.C. from New Jersey because he heard that President Donald Trump would be speaking at another rally on January 6, 2021 near the Washington Monument. Mr. Vasallo stayed at a local hotel on January 5, 2021 and the next morning, Mr. Vasallo went to see President Trump's speech on the Ellipse of the Capitol Complex. After the speech, Mr. Vasallo returned to his hotel. The hotel was filled with Trump supporters and individuals who had attended President Trump's speech earlier that day.

Many people at the hotel were stating that they were going back to the Capitol to continue to protest the election results. Mr. Vasallo then headed back to the Capitol. He believes he arrived at the Capitol around 2pm. At this time, the atmosphere was significantly more chaotic than it had been earlier that day or at the previous November 14, 2020 rally. Mr. Vasallo remembers men and women running away from tear gas and individuals being struck in the face with rubber bullets. Mr. Vasallo distinctly remembers a man having a rubber bullet impaled in his face.

Mr. Vasallo became extremely upset after witnessing what he believed at the time to be uncalled for actions against some protestors who were acting peacefully at the rally but were still being injured as the police tried to stop the protest. This caused him to walk closer to the Capitol

Case 1:22-cr-00325-ABJ   Document 28   Filed 09/11/23   Page 4 of 14

and he eventually ended up in the heart of protestors rioting in front of the Capitol, which he believes to be the Westside of the Capitol.

The Government is providing videos to the Court which show Mr. Vasallo assaulting Officer Eveland and moments before he assaulted Officer Eveland. The video clearly shows that Mr. Vasallo placed his hands on the officer only after the other officers were using appropriate force on other rioters. Mr. Vasallo grabs and then pushes Officer Eveland away from the protestors who were being hit with batons and shields.

Mr. Vasallo to this day, doesn't know why he assaulted Officer Eveland but believes it was an impulse to help the other rioters who were being struck with batons and shields. Mr. Vasallo left the Capitol shortly after assaulting Officer Eveland and returned to New Jersey that same day. However, Mr. Vasallo acknowledged his wrongdoing to law enforcement officials after his arrest and is remorseful for his actions committed by him on January 6, 2021. Mr. Vasallo did not post any comments on the internet or social media after he returned to New Jersey from the rally that pertain to the events of January 6, 2021 at the Capitol.

I have attached letters from his wife, son and daughter speaking about the character of their father and husband as Exhibit "A." I believe their letters make clear what type of person Mr. Vasallo actually is and what happened on January 6, 2021 was an aberration.

## SENTENCE

The Federal Sentencing guidelines as set forth in the Presentence Report indicate the total offense level is 17 and the guideline imprisonment range is 24 to 30 months. The plea agreement allows Mr. Vasallo to seek a variance and suggest to the Court a sentence outside the applicable

4

guidelines range, based on factors to be considered imposing a sentence pursuant to 18 USC§3553(a).

Defendant, by signing the plea agreement and at the time of his plea after being questioned by the Honorable Amy Berman Jackson U.S.P.J., confirmed that he agreed to the 2A2.2(4) offense level an intent to commit another felony because when someone assaults with contact during civil disorder, then the intent to commit another felony is there because other felonies such as 18 USC 1752 and 18 USC 231 clearly are applicable.

However, 2A2.4 could also apply to the facts of this case. Defendant Vasallo's assault on Officer Eveland occurred in a matter of seconds. There was not a weapon used and officer Eveland did not suffer any physical injury. The base offense level of 2A:2.4 is ten rather than 14 pursuant to 2A2.2(b). Mr. Vasallo would have most likely had a guideline sentence range of twelve to eighteen months if 2A:2.4 was applied in this matter rather than the application of 2A2.2(b).

The Defendant requests the Court consider a sentence of twenty months incarceration. This is a number between the recommended sentences of both offense levels as set forth above. Mr. Vasallo further requests that the Court not impose a fine on him as he has agreed to pay restitution and is a person of moderate means. To be clear, Mr. Vasallo is not objecting to the offense level of 14 pursuant to 2A:2(b) be applied to him but is arguing for a variance as set forth above.

In the event the Court believes that a guideline sentence is appropriate in this matter, Mr. Vasallo respectfully requests that the Court impose a twenty-four month sentence. Mr. Vasallo

has done everything that has been asked of him by Pretrial Services after his arrest and is very remorseful for his wrongful conduct on January 6, 2021.

Mr. Vasallo also respectfully requests that if he is sentenced to a period of incarceration of twenty-four months or more that the Court recommend to the Federal Bureau of Prisons that he is a good candidate for the Residential Drug Abuse Program (RDAP.) The Presentence investigation recommends continued alcohol and drug treatment.

Finally, Mr. Vasallo requests that Court recommend that he serve his custodial sentence in a Federal Facility close to his home in New Jersey so his wife and daughter can come to visit him regularly.

## **CONCLUSION**

Mr. Vasallo recognizes that his behavior at the Capitol on January 6, 2021 was unacceptable and that he must be punished for that conduct. However, his overall character as a person indicates Mr. Vasallo is unlikely to ever get in trouble again. The attached letters from his family describe Mr. Vasallo more accurately than his counsel could, in a sentencing memorandum. The success and outstanding character of his children support the position that Salvatore Vasallo is a good person who got caught up in a bad situation and acted very poorly during that bad situation. Mr. Vasallo acted out of character on January 6, 2021 and understands that there will be consequences for his actions but is requesting the Court to consider all the good he has done in his life at the time of his sentence.

Mr. Vasallo respectfully requests that after considering the §3553(a) factors, the Court impose a sentence of twenty months of incarceration. Considering the relevant case law and pursuant to USC§3553(a) such a sentence is sufficient but not greater than necessary.

Dated: 9/11/2023

Respectfully Submitted,

Ronald J. Ricci, Esq.
16 Furler Street, 2nd Floor
Totowa, NJ 07512
973-837-1900
E-Mail: rricci@riccifavalaw.com
**Counsel for Defendant, Salvatore Vasallo**

# EXHIBIT "A"

Nicole Vassallo Curtis
1 Crescent Place
Matawan, NJ 07747

6 March 2023

RE: Case of Salvatore Vassallo Jr.

Honorary Amy Berman Jackson
District of Columbia
E. Barrett Prettyman U.S. Cthse.
333 Constitution Avenue N.W.
Washington, DC 20001

Honorable Judge Berman Jackson,

My name is Nicole Vassallo Curtis; I am the daughter of Salvatore Vassallo Jr., whose case you will preside over in the coming months. Thank you immensely for taking the time to read the letters that my family and myself have sent regarding my dad. We know you are faced with difficult decisions and it means the world to us to have the opportunity to convey my dad's true character to you.

I tried and failed miserably to keep this letter short, but I hope you find it concise and I know that you will have a better understanding of my father after reading it. Again, thank you for taking the time to do so. In short, my father is a kind and gentle man whose uncharacteristic lapse in judgment on January 6th has led us all to this point.

My father is the patriarch of his family, and is the person who his siblings and in-laws call when they need help. I have watched him pour tons of cement in sweltering heat so my aunt and uncle could give my cousins their first swimming pool. I have also watched him drive his own mother to many of her chemotherapy appointments and drive his sister to get treatment for addiction while supporting her through that battle. He built a handicap ramp for a neighbor's son who was diagnosed with cerebral palsy and he did work around our elderly neighbor's yard when she became too frail to tend to her own garden. My dad did these things out of the kindness of his own heart and would never accept payment. My dad does not say "no" to someone in need.

For my entire life, my father (and mother!) sacrificed all that he had for my brother and myself. My dad did not have the greatest upbringing, and he was determined to give us a better life than what he had. My dad struggled with alcohol abuse early in life, and this will continue to be an ongoing journey for him, but on my first birthday he quit drinking cold turkey and remained sober for almost 25 years. Throughout that time, my parents spent all of their time and limited money making sure my brother and I could play the sports we wanted to and attend what was, at the time, a promising school district. I cannot recall a time that my parents, who both worked physical jobs as a contractor and housekeeper, spent a second to themselves or a dollar on themselves. My parents always taught us to treat others how we wanted to be treated; they consistently put themselves second and others first.

My brother and I ultimately became first generation college graduates and are among only four of our large extended family to have done so. I am currently a middle school Special Education teacher, and my brother is a Doctor (he wins). Without our dad working so hard in our corners, our current lives would not be possible.

My dad is the first person I call when I have a question about, well, anything. He picks up my 17-month son from daycare once a week while I make some extra money tutoring (my son has acquired an adorable habit of popping up in his crib after a nap and asking for "Pop-pop"). He spends countless hours around my house fixing and improving things, as my husband and I are hopeless millennials. He is the only man besides my husband that our rescue dog, Ellie, is comfortable snuggling her head into.

I have never witnessed my father exhibit any sort of violence toward any other human (or animal, even after an injured squirrel he was trying to save from a tree bit him and he had to get a rabies shot - yes, the rescue mission was at my request). I can count on one hand the number of times I have witnessed him raising his voice, all of which happened while trying to raise the brattiest teenager in the world (me). He is purely a good and gentle human, and I am proud to call him my father.

In terms of the case before you, I can say with utmost sincerity that my dad is remorseful for his involvement in January 6th. He has told me with candor that it was never his intention to lay a hand on anyone, and he feels much shame for putting himself and his family in this position. I can also say with assurance that being part of an event like this will not be something that he would consider in the future. Since his arrest, he has removed himself from the politics that brought him here and has begun to focus his attention on healing himself, for which I am grateful. If given the chance, I know my father will not let any of us down.

Again: thank you, thank you, thank you, for spending your time reading our accounts. Thank you also for all that you do for our country.

Signed,

*N. V. Curtis*

Nicole Vassallo Curtis

Salvatore Vassallo III
2014 Bridgehampton Pl.
Brandon, FL 33511

Re: Case of Salvatore Vassallo Jr.

Honorary Amy Berman Jackson
District of Columbia
E. Barrett Prettyman U.S. Cthse.
333 Constitution Avenue N.W.
Washington, DC 20001

Dear honorable judge Berman Jackson,

I would like to preface this letter by telling you a little about myself. I am an emergency medicine doctor completing my postgraduate training in Tampa Bay. I am also a gay man who has been living my life honestly and openly since the age of 16. The latter may not seem important, but it is to me, considering many people do not get to live their lives truthfully or openly until much later, if at all. The reason I am able to do so is through the support and acceptance of my family, especially my father. His support and guidance helped me through the most stressful times of my life, from coming out and living a free life to handling the stress and shock of medical school. This has allowed me to be where I am today.

It is not a surprise that my father has helped me through all of these hardships, because that is just the type of person he is. He sees the best in people and always has, and he does anything he can to help others. The colloquialism "he would give you the shirt off his back" describes him quite well, even as cliché as it sounds. He hires people to work for his company even when they have little experience just to get them a steady job and a chance at a better life, regardless of where they come from, their political alignment, or race. He is truly an exceptional person and has been a role model for me for much of my life. He taught me to be kind and accepting of others.

I myself am not a politically aligned person. I believe both sides of the aisle have a lot to improve upon. I would like to make it clear I do not condone the actions carried out on January 6th. However, I do not believe my father was there that day to incite insurrection, nor was he there to cause harm to any individuals, especially members of the police force, who he holds in the highest regard. This is just not the type of person he is. He is misinformed by powerful people and showed up to what he thought to be a peaceful demonstration. He expresses remorse for his involvement every time the

subject arises, which is quite often unfortunately, and I know if he was aware of the events that would truly unfold that day, he would have never driven to DC that day.

Saying my parents came from humble beginnings would be an understatement, and they have worked their fingers to the bone to provide a better life for my sister and me. The consequences of my fathers actions are devastating for my parents, especially my mother. She already works multiple jobs to make ends meet, and my father's absence during his sentence will leave her with only a fraction of the income she has now while he is out of work.

I truly hope my letter was able to demonstrate what an important role my father plays in my family's life, provide some insight about his true character, and explain why he is much more a benefit to society by living amongst us than he is behind bars. Thank you kindly for taking the time to read my letter, and thank you for your service to society and our great country by upholding the law.

Sincerely,


Salvatore Vassallo III

Denise Vassallo
36 Newman Drive
Toms River, NJ 08755

Re: Salvatore Vassallo

Dear Judge Amy Berman Jackson,

My name is Denise Vassallo, and I am the wife of Salvatore Vassallo.

I am writing this letter in the hope that it will help you see what kind of person Sal is despite the transgression that has led us to this point.

Sal and I met when I was 21 years old and have been together for over 37 years. We were married in 1998, and have been blessed with two beautiful children, Nicole and Sal. We have recently been blessed with a precious baby grandson Theodore, who is the love of our lives. Throughout our marriage Sal has been a loving husband and a responsible father. Now he is a proud and attentive grandfather to Teddy.

My husband is a very hard working man and has owned his own construction company for over 40 years. Sal has had customers who have called him back after doing work for them over 20 years ago. All of Sal's customers are very pleased with his craftsmanship and professionalism.

In his personal life, Sal has been the coach of my kids' sports teams and hopes to do the same for his grandson. Now that we are empty nesters Sal spends his free time in our garden growing summer vegetables or fixing things around the house. He can fix or build just about anything. Sal also gives back to the community by shopping for and donating to our town's annual Thanksgiving and Christmas food drives.

At all times, I've known my husband to be trustworthy, loving and caring and he has always put his family first. He is known as a person of good character and he is a loving respectful husband and father. He is loved deeply by myself, family and friends and we will support him in getting through this difficult time.

Thank you for your time and consideration.

Sincerely,

*Denise Vassallo*

Denise Vassallo

Brett Curtis
1 Crescent Place
Matawan, NJ 07747

Re: Salvatore Vassallo

Honorable Judge Amy Berman Jackson,

I am writing this letter to promote the character of Salvatore Vassallo II. I have known Sal for over 15 years, as my girlfriend's father, my boss, my father-in-law, and now as Pop-pop to my son. I am currently a high school Social Studies teacher at Westfield High School and have been in that position for 10 years.

In all my interactions with Sal over the years, his kindness has always stood out, particularly toward his family but also in every interaction I witnessed with him. As a boss, he was always patient and flexible with me. I had never worked in the field of masonry and construction, so I would mess up a lot. Rather than yell or scold, he always took the time to teach me how to do the work more efficiently, never raising his voice or yelling at me or any of the people who worked for him. His patience was unyielding. Not only did this teach me pragmatic construction work, but it also influenced the way I handle my students in the classroom.

I cannot count how many hours Sal has spent helping my wife and I do work at our house, moving us in and out of apartments and houses, watching our dogs, and picking up our son from daycare when we work second jobs coaching and tutoring after school. All of these hours he spends selflessly to make his daughter happy, and always does it with a smile on his face. Throughout the years I have never seen him raise his voice, let alone act out in any type of anger toward anyone.

I genuinely believe this situation to be a one off, as I can testify that this is not the man that I know. He was caught up in something that I do not think he truly grasped the seriousness of. He is not by any means a violent person; to the contrary he is a kind hearted, well meaning, family oriented man. I would never allow someone who was dangerous to interact with my son. With Sal, not only do I trust him with my son's well being, but also as a role model for him to look up to. His work ethic and caring nature are commendable, and I hope his grandson would emulate many of his characteristics.

In closing, I reiterate that I can attest to Sal's character. He is, to his core, a good man. One momentary lapse of judgment does not define him. I know Sal to be a kind and good hearted person, and despite the case presented to you I hope this letter has helped to convey his innate virtue.

Thank you so much for taking the time to read my account, it means a lot to me and my family.

Sincerely,

Brett Curtis